Certificate Number: 12433-NJ-DE-040065703

Bankruptcy Case Number: 25-18754



12433-NJ-DE-040065703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2025, at 2:43 o'clock PM EDT, Nicholas Joseph Rapanotti completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  September 8, 2025          By:   /s/Loren Bailey Roberts

                                  Name: Loren Bailey Roberts

                                  Title: Teacher