UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Nicholas J Rapanotti | Case No.: <u>25-18754-ABA</u><br>Chapter: <u>7</u><br>Judge: <u>Andrew B. Altenburg Jr.</u> |

NOTICE OF PROPOSED ABANDONMENT

<u>DOUGLAS S. STANGER, Trustee,</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable <u>Andrew B. Altenburg Jr.</u> on November 10, 2025 at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$215,000.00  792 South 8th Street  Vineland, NJ  08360

Liens on property:

$204,172.14 AmeriHomeMortgage Co. LLC

Amount of Equity claimed as exempt:

$10,827.86

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 1550 Zion Road, Northfield, NJ 08225

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-18754-ABA
Nicholas J Rapanotti  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Oct 06, 2025     Form ID: pdf905     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nicholas J Rapanotti, 792 S. 8th Street, Vineland, NJ 08360-5744 |
| cr | + | AMERIHOME MORTGAGE COMPANY, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520784748 | + | Drive Card/Mr Tire, PO Box 70602, Philadelphia, PA 19176-0602 |
| 520784749 | + | Garden Arbor Reserve LLC, 2419 Wycliff Rd, Raleigh, NC 27607-2902 |
| 520785775 | | Nicholas A Rapanotti, 792 S. 8th Street, Vineland, NJ 08360-5744 |
| 520784754 | | Raleigh Endoscopy Center, PO Box 15618, Wilmington, DE 19850-5618 |
| 520784755 | + | Raleigh Sedation Associates LLC, PO Box 946619, Atlanta, GA 30394-6619 |
| 520784758 | + | Stephanie M. D'Atri, Esquire, Hatch, Little & Bunn, LLP, PO Box 527, Raleigh, NC 27602-0527 |
| 520785774 | + | Sunrun Installation Services Inc., 595 Market St, 29th Floor, San Francisco, CA 94105-2802 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520784745 | ^ | MEBN | Oct 06 2025 20:47:25 | AmeriHome Mortgage Co., LLC, PO Box 77404, Ewing, NJ 08628-6404 |
| 520784746 | | Email/Text: collectionadmin@genesiscred.com | Oct 06 2025 20:48:00 | Columbia Debt Recovery LLC, dba Genesis, 906 SW Everett Mall Way, Suite 301, Everett, WA 98208-3744 |
| 520784747 | | Email/Text: mrdiscen@discover.com | Oct 06 2025 20:48:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520784750 | | Email/Text: bankruptcy@greenskycredit.com | Oct 06 2025 20:48:00 | GreenSky, PO Box 70877, Charlotte, NC 28272-0877 |
| 520784751 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2025 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520784752 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2025 21:01:13 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 520784753 | + | Email/Text: ngisupport@radiusgs.com | Oct 06 2025 20:48:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 520784756 | + | Email/Text: bankruptcydept@ncsecu.org | Oct 06 2025 20:49:00 | State Employees' Cr Union, POI Box 639, Fuquay Varina, NC 27526-0195 |
| 520784757 | ^ | MEBN | Oct 06 2025 20:47:59 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520784759 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2025 21:01:30 | SyncB/Car Care Mavis Tire, PO Box 71715, Philadelphia, PA 19176-1715 |

| | | | |
|---|---|---|---|
| 520784760 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2025 20:59:50 | Synchrony Bank/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520784761 | Email/Text: bankruptcy@td.com | Oct 06 2025 20:49:00 | TD Bank, N.A., PO Box 100290, Columbia, SC 29202-3290 |
| 520784762 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 07 2025 01:30:13 | Wells Fargo Bank NA, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Richard S. Hoffman, Jr. | on behalf of Debtor Nicholas J Rapanotti rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5