Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–18754–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nicholas J Rapanotti
    aka Nicholas Joseph Rapanotti
    792 S. 8th Street
    Vineland, NJ 08360–5744
Social Security No.:
    xxx–xx–5686
Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

792 South 8th Street Vineland, NJ 08360

Dated: November 4, 2025
JAN: lgr

                                        Jeanne Naughton
                                        Clerk