**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nicholas J Rapanotti <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5686 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 25-18754-ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicholas J Rapanotti
aka Nicholas Joseph Rapanotti

12/2/25

By the court:    Andrew B. Altenburg Jr.
                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-18754-ABA
Nicholas J Rapanotti  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Dec 02, 2025     Form ID: 318     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nicholas J Rapanotti, 792 S. 8th Street, Vineland, NJ 08360-5744 |
| cr | + | AMERIHOME MORTGAGE COMPANY, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 520784748 | + | Drive Card/Mr Tire, PO Box 70602, Philadelphia, PA 19176-0602 |
| 520784749 | + | Garden Arbor Reserve LLC, 2419 Wycliff Rd, Raleigh, NC 27607-2902 |
| 520785775 | | Nicholas A Rapanotti, 792 S. 8th Street, Vineland, NJ 08360-5744 |
| 520784754 | | Raleigh Endoscopy Center, PO Box 15618, Wilmington, DE 19850-5618 |
| 520784755 | + | Raleigh Sedation Associates LLC, PO Box 946619, Atlanta, GA 30394-6619 |
| 520784758 | + | Stephanie M. D'Atri, Esquire, Hatch, Little & Bunn, LLP, PO Box 527, Raleigh, NC 27602-0527 |
| 520785774 | + | Sunrun Installation Services Inc., 595 Market St, 29th Floor, San Francisco, CA 94105-2802 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 02 2025 22:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 02 2025 22:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520784745 | ^ | MEBN | Dec 02 2025 22:47:47 | AmeriHome Mortgage Co., LLC, PO Box 77404, Ewing, NJ 08628-6404 |
| 520784746 | | Email/Text: collectionadmin@genesiscred.com | Dec 02 2025 22:27:00 | Columbia Debt Recovery LLC, dba Genesis, 906 SW Everett Mall Way, Suite 301, Everett, WA 98208-3744 |
| 520784747 | | EDI: DISCOVER | Dec 03 2025 02:56:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520784750 | | Email/Text: bankruptcy@greenskycredit.com | Dec 02 2025 22:30:00 | GreenSky, PO Box 70877, Charlotte, NC 28272-0877 |
| 520784751 | | EDI: IRS.COM | Dec 03 2025 02:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520784752 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2025 22:32:55 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 520784753 | + | Email/Text: ngisupport@radiusgs.com | Dec 02 2025 22:29:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 520784756 | + | Email/Text: bankruptcydept@ncsecu.org | Dec 02 2025 22:31:00 | State Employees' Cr Union, POI Box 639, Fuquay Varina, NC 27526-0195 |
| 520784757 | ^ | MEBN | Dec 02 2025 22:48:03 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520784759 | + | EDI: SYNC | Dec 03 2025 02:56:00 | SyncB/Car Care Mavis Tire, PO Box 71715, Philadelphia, PA 19176-1715 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2025 | Form ID: 318 | Total Noticed: 24 |

| 520784760 | EDI: SYNC | | Dec 03 2025 02:56:00 | Synchrony Bank/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520784761 | EDI: TDBANKNORTH.COM | | Dec 03 2025 02:56:00 | TD Bank, N.A., PO Box 100290, Columbia, SC 29202-3290 |
| 520784762 | EDI: WFCCSBK | | Dec 03 2025 02:56:00 | Wells Fargo Bank NA, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Richard S. Hoffman, Jr. | on behalf of Debtor Nicholas J Rapanotti rshoffman@hoffmandimuzio.com trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5